# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| SAVE THE BULL TROUT, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants. | Case 6:25-cv-00045-H-BMM <br><br> **ORDER GRANTING MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY ZOOM AT THE FEBRUARY 6, 2026 HEARING** |

After reviewing Federal Defendant's motion, and finding good cause, the motion is GRANTED. Rickey Turner, counsel for Federal Defendant, may appear by Zoom at the February 6, 2026 hearing regarding Plaintiffs' motion to commence discovery. Rickey Turner, counsel for Federal Defendant will contact the Clerk of Court's Office for the Zoom link.

DATED this 2nd day of February 2026.

_____
Brian Morris, Chief District Judge
United States District Courts