Timothy M. Bechtold
**BECHTOLD LAW FIRM, PLLC**
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Elizabeth M. Forster
**FORSTER LAW, PLLC**
P.O. Box 30342
Billings, MT 59107
(406) 318-5354
liz@forster-law.com

Alizabeth A. Bronsdon
**BRONSDON LAW FIRM, PLLC**
P.O. Box 7262
Missoula, MT 59807
(267) 664-3422
bronsdonlaw@gmail.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| SAVE THE BULL TROUT and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, and WEST SIDE DITCH COMPANY,<br><br>Defendants. | CV-25-45-H-BMM<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Save the Bull Trout and Alliance for the Wild Rockies move this Court for summary judgment on Counts I, II, and III of its Complaint.

Defendant West Side Ditch Company has caused take of bull trout in the

Upper Clark Fork River in southwest Montana without a permit in violation of §9 of the Endangered Species Act, 16 U.S.C. § 1568. Defendant Department of Interior failed to implement the non-discretionary reasonable and prudent measures in its Incidental Take Statement for the Grant-Kohrs Ranch National Historic Site and caused take of bull trout in violation of §9 of the Endangered Species Act. Defendant Department of Interior's Biological Opinion for the Grant-Kohrs Ranch National Historic Site also fails to adequately analyze the cumulative effects of non-federal users in the relevant section of the Upper Clark Fork River, in violation of ESA §7, 16 U.S.C. § 1536, and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701 et seq.

This motion is accompanied by a brief in support of the motion, as required by Local Rule 7.1. Pursuant to Local Rule 56.1, the relevant facts from the administrative record are set forth in Plaintiffs' Statement of Undisputed Facts.

DATED this 9th day of September, 2026.

/s/ Timothy M. Bechtold
Bechtold Law Firm, PLLC

/s/ Alizabeth A. Bronsdon
Bronsdon Law Firm PLLC

/s/ Elizabeth M. Forster
Forster Law, PLLC

*Attorneys for Plaintiff*