**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| SAVE THE BULL TROUT and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, and WEST SIDE DITCH COMPANY,<br><br>Defendants. | CV-25-45-H-BMM<br><br>**ORDER** |

Plaintiffs move this Court for leave to file a response to Defendant West Side Ditch Company's ("WSDC") Notice of Supplemental Authority and Suggestion of Mootness, (Doc. 128), and Federal Defendant Department of Interior's ("DOI") Notice Regarding the Harm Rescission Rule and Suggestion of Mootness, (Doc. 127). WSDC and DOI are not opposed to the motion. Wherefore IT IS HEREBY ORDERED the motion (Doc. 128) is GRANTED. Plaintiffs may file a response to Doc. 126 and Doc. 127.

Dated this 17th day of November, 2026.

Brian Morris, Chief District Judge
United States District Courts